**NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY,**
**Petitioner,**

v.

**Morris A. JACOBS; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 01–2357.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided July 22, 2002.

Jonathan H. Walker, Mason, Cowardin & Mason, P.C., Newport News, Virginia, for Petitioner. Ralph Rabinowitz, Rabinowitz, Swartz, Taliaferro, Lewis, Swartz & Goodove, P.C., Norfolk, Virginia, for Respondents.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Newport News Shipbuilding and Dry Dock Co. seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of temporary partial disability benefits pursuant to 33 U.S.C.A. §§ 901–950 (West 2001). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error.

Accordingly, we affirm on the reasoning of the Board. *See Newport News Shipbuilding and Dry Dock Co. v. Jacobs*, No. 00–1180 (B.R.B. Sept. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*